Case 1:18-cr-02853-MV   Document 131   Filed 09/17/19   Page 1 of 1
Doc #2019078350 eRecorded 09/16/2019 11:41:00 AM   Page 1 of 1
REL   Rec Fee: $25.00   Linda Stover, Bernalillo County

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.                                     NO. 1:18-CR-02853-JCH

EVER OROZCO-IBARRA, ET.AL.,

    *Defendants.*

## NOTICE OF RELEASE OF LIS PENDENS

The United States releases the Notice of Lis Pendens recorded as instrument number 2018077247 with the Bernalillo County Clerk's Office in the state of New Mexico on August 31, 2018, with respect to certain real property located in Bernalillo County, New Mexico: **6921 Acequia Drive Southwest, Albuquerque, NM 87105** more particularly described as follows:

> 007 002 VALLE GRANDE ADD, BERNALILLO COUNTY, NEW MEXICO, AS THE SAME IS SHOWN AND DESIGNATED ON THE PLAT THEREOF, FILED IN THE OFFICE OF THE COUNTY CLERK OF SAID BERNALILLO COUNTY, NEW MEXICO. ASSESSOR'S PARCEL NUMBER 101004930348410505.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

STEPHEN R. KOTZ
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

STATE OF NEW MEXICO    )
                                   ) ss.
COUNTY OF BERNALILLO   )

Subscribed and sworn to before me by Stephen R. Kotz on this 16th day of September, 2019.

NOTARY PUBLIC

September 24, 2019
My Commission Expires